IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| 83617 |
|---|
| (Full Name)    (Register No.) |

Clyde James Johnson Bey

Plaintiff(s),

v.

Columbia SHERIFF
(Full Name) DEPARTMENT
Boone COUNTY

Defendant(s).

No. 25BA-CR00869

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

I. Place of present confinement of plaintiff(s): 2121 County Road Boone County, Columbia MO. 65201

II. Parties to this civil action:

Please give your commitment name and any other name(s) you have used while incarcerated.

A. Plaintiff: Clyde James Johnson Bey Register No. 83617
   Address: 2121 County Road Columbia MO 65201

B. Defendant Detective Reynolds, SGT Brunstrom
   is employed as Detectives for Columbia MO
   at Boone County Missouri

For additional plaintiffs or defendants, provide above information in same format on a separate page.

5/96

III. Do your claims involve medical treatment? Yes ✓ No ___
IV. Do you request a jury trial? Yes ✓ No ___
V. Do you request money damages? Yes ✓ No ___
State the amount claimed. $ 10000 / 0000 (actual/punitive)
VI. Are the wrongs alleged in your complaint continuing to occur? Yes ✓ No ___
VII. Grievance procedures:
   A. Does your institution have an administrative or grievance procedure?
      Yes ✓ No ___
   B. Have the claims in this case been presented through an administrative or grievance procedure within the institution? Yes ✓ No ___
   C. If a grievance was filed, state the date your claims were presented, how they were presented, and the result of that procedure. (Attach a copy of the final result.)
      Copies Sent With Suit
   D. If you have not filed a grievance, state the reasons.

VIII. Previous civil actions:
   A. Have you begun other cases in state or federal courts dealing with the same facts involved in this case? Yes ___ No ✓
   B. Have you begun other cases in state or federal courts relating to the conditions of or your treatment while in confinement? Yes ___ No ✓
   C. If your answer is "yes," to either of the above questions, provide the following information for each case.
      (1) Style: _____
          (Plaintiff)          (v.)          (Defendant)
      (2) Date filed: _____
      (3) Court where filed: _____
      (4) Case number and citation: _____

(5) Basic claim made: _____

_____

(6) Date of disposition: _____

(7) Disposition: _____
    [(pending) (on appeal) (resolved)]

(8) If resolved, state whether for:

_____

[(plaintiff) or (defendant)]

For additional cases, provide the above information in the same format on a separate page.

IX. Statement of claim:

A. State here as briefly as possible the facts of your claim. Describe how each named defendant is involved. Include the names of other persons involved, dates and places. Describe specifically the injuries incurred. Do not give legal arguments or cite cases or statutes. You may do that in Item "B" below. If you allege related claims, number and set forth each claim in a separate paragraph. Use as much space as you need to state the facts. Attach extra sheets, if necessary. Unrelated separate claims should be raised in a separate civil action.

Medical Director MR. Jones for allowing PRo-sey bloodpressure To Reach stroke Level and Not give Medication for Health. MS. Stephanie Holts Records office MS. Virginia Clark for denying of Pratice of Religion detectives for false Imprisonment Cruel and Unusal punishment

B. State briefly your legal theory or cite appropriate authority:

"Wrongful Imprisonment" Cruel and Unusal punishment, "Tempt Murder By Medical staff, Disrespect To my Religion

X. Relief: State briefly exactly what you want the court to do for you. Make no legal arguments.

Release all Pending Charges pay for Lost or Damage and misuage of power; Mental tor

XI. Counsel:

A. If someone other than a lawyer is assisting you in preparing this case, state the person's name.

_____

B. Have you made any effort to contact a private lawyer to determine if he or she would represent you in this civil action?   Yes ___   No ✓

If so, state the name(s) and address(es) of each lawyer contacted.

_____

_____

If not, state your reasons.
Have No Numbers of one
_____

C. Have you previously had a lawyer representing you in a civil action in this court?
Yes ___   No ✓

If so, state the lawyer's name and address:

_____

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Executed (signed) this 22 day of 5 , 2025.

*Clyde Johnson Bey*

(Signature(s) of Plaintiff(s))

5/96                                   6



Clyde Johnson Bey 83617
2121 County Road
Boone D.O.C
Boone Missouri
Columbia 65202

M.B. ☩
5-24-25

Missouri

Office of the Clerk
United States District Court
Western District Missouri
400 E 9th Street
Kansas City Missouri 64106

RECEIVED
2025 JUN -9 AM 10:25
CLERK U.S. DIST. COURT
WEST DIST. OF MO
KANSAS CITY, MO

Legal Mail