# Workflow Interaction

## Grievance

| Created | Issue ID | Resident | | Current Status | |
|---|---|---|---|---|---|
| Prompt | | | | | |
| Action | | Comment | | | Updated By |

**5/1/2025**    37928985    **CLYDE JOHNSON**      **Closed**

| | | |
|---|---|---|
| 5/1/2025 | Submitted by CLYDE JOHNSON on 5/1/2025 6:13:49 PM | CLYDE JOHNSON |
| 5/1/2025 | cameras of 435 timing round 530 will ;prove beyond reaonble doubt that i c,johnson bey had no towel covering my head \\date and tied times woud reveal different approached behavior by said officer ms clark. . 5\12\25  . . mr clyde johnson bey | CLYDE JOHNSON |
| 5/1/2025 | Assigned to Grievance by CLYDE JOHNSON on 5/1/2025 6:13:49 PM | CLYDE JOHNSON |
| 5/2/2025 | Accepted by Dylan Welburn on 5/2/2025 6:11:40 AM | Dylan Welburn |
| 5/2/2025 | This is a statement not a grievance. | Dylan Welburn |
| 5/2/2025 | Assigned to Inmate by Dylan Welburn on 5/2/2025 6:11:40 AM | Dylan Welburn |
| 5/2/2025 | Closed by Dylan Welburn on 5/2/2025 6:11:42 AM | Dylan Welburn |

**5/1/2025**    37929004    **CLYDE JOHNSON**      **Closed**

| | | |
|---|---|---|
| 5/1/2025 | Submitted by CLYDE JOHNSON on 5/1/2025 6:15:56 PM | CLYDE JOHNSON |
| 5/1/2025 | 5\1\25 | CLYDE JOHNSON |
| 5/1/2025 | Assigned to Grievance by CLYDE JOHNSON on 5/1/2025 6:15:56 PM | CLYDE JOHNSON |
| 5/2/2025 | Accepted by Dylan Welburn on 5/2/2025 6:11:16 AM | Dylan Welburn |
| 5/2/2025 | This is a statement not a grievance. | Dylan Welburn |
| 5/2/2025 | Assigned to Inmate by Dylan Welburn on 5/2/2025 6:11:16 AM | Dylan Welburn |
| 5/2/2025 | Closed by Dylan Welburn on 5/2/2025 6:11:18 AM | Dylan Welburn |

**5/1/2025**    37929038    **CLYDE JOHNSON**      **Closed**

| | | |
|---|---|---|
| 5/1/2025 | Assigned to Grievance by CLYDE JOHNSON on 5/1/2025 6:19:15 PM | CLYDE JOHNSON |
| 5/1/2025 | these grievance does not apply to sgt thone aka sgt t | CLYDE JOHNSON |

# Workflow Interaction

Between 4/18/2025 and 5/3/2025 for Boone County Sheriff's Department, MO

Resident: CLYDE JOHNSON
Current Location: C
Resident ID: 83617

## Grievance

| Created | Issue ID | Resident | Current Status |  |
| Prompt | | | | |
| Action | | Comment | | Updated By |
|---|---|---|---|---|

**5/1/2025**     **37928727**    **CLYDE JOHNSON**       **Closed**

| | | |
|---|---|---|
| 5/1/2025 | Submitted by CLYDE JOHNSON on 5/1/2025 5:42:30 PM | CLYDE JOHNSON |
| 5/1/2025 | my religion as a muslim is being violated by staff members such as ms. clark by statement being made that im not allowed for prayer in a stable clean environment but station within the bathroom of filth released. shes tortured said activity by no phone or television for gains of developing news to properly prepare for courts procedures at hand,this is an at of hate crime by a white supremest thats praticing hated presented violence towards African amerian muslims here at 2121 county road boone doc columbia mo. 65202. . . . . VIOLATION Of Conditions OF THE Constitutional ACT TO Freedom OF Religious Belief BY SAID Officer MS CLARK,THIS VIOLATION IS A Seriously VIOLANT ACT Towards Said MOORE Signs Temple OF AMERICA INWICH I CLYDE JOHNSON [BEY] IS A SHEK MINISTER OF Moores SIGN TEMPLE OF AMERICA TEMPLE 1 `` `` `` ` | CLYDE JOHNSON |
| 5/1/2025 | Assigned to Grievance by CLYDE JOHNSON on 5/1/2025 5:42:30 PM | CLYDE JOHNSON |
| 5/1/2025 | Rejected by Virginia Clark on 5/1/2025 5:52:22 PM | Virginia Clark |

# Workflow Interaction

## Grievance

| Created | Issue ID | Resident | Current Status | |
|---|---|---|---|---|
| Prompt | | | | |
| Action | | Comment | | Updated By |
| 5/1/2025 | | This is not a valid grievance. Blankets are not prayer rugs, an extra towel may be used as a prayer rug. I asked multiple times for you to take your towel off of your head and you refused to comply multiple times. Headgear is not allowed unless given permission to by jail administration. You have a right to practice your religion as you wish, as long as it does not interfere with policies and procedures. If you would like to request a second towel as prayer rug, you may do so but blankets must stay in your bunk area for safety reasons. | | Virginia  Clark |
| 5/1/2025 | | Assigned to Inmate by Virginia  Clark on 5/1/2025 5:52:22 PM | | Virginia  Clark |
| 5/1/2025 | | Closed by Virginia  Clark on 5/1/2025 5:52:24 PM | | Virginia  Clark |
| 5/1/2025 | 37928894 | CLYDE JOHNSON | Closed | |
| 5/1/2025 | | Submitted by CLYDE JOHNSON on 5/1/2025 6:02:45 PM | | CLYDE JOHNSON |
| 5/1/2025 | | hard drive of all requirements for legal claims being violated by sgt ,captain,LT,ACTING WARDEN HERE AT BOONE COUNTY DOC MAIL Officers ,FINICIAL Officers Department HARD DRIVE WIL SOON BECOME  SUBPOENAED FOR Legal Claims Filed Against Said Department OF RACIST CLANSMEN WHO LABELS African MENS AND WOMENS BLACK ,GLOOMY STAINED, NOT WITHSTANDING OF Equivalent TO LIFE Measurements FOR BEING RECONISE AS HUMAN LIVING Breathing BEINGS ,BUT SLAVES UNDER THE THUMB OF THE WILLIE LYNCH ,JIM CROW,MARSHAL LAW ACT TOWARDS African MALES AND Women's | | CLYDE JOHNSON |
| 5/1/2025 | | Assigned to Grievance by CLYDE JOHNSON on 5/1/2025 6:02:45 PM | | CLYDE JOHNSON |
| 5/2/2025 | | Accepted by Dylan Welburn on 5/2/2025 6:11:30 AM | | Dylan Welburn |
| 5/2/2025 | | This is a statement not a grievance. | | Dylan Welburn |
| 5/2/2025 | | Assigned to Inmate by Dylan Welburn on 5/2/2025 6:11:30 AM | | Dylan Welburn |
| 5/2/2025 | | Closed by Dylan Welburn on 5/2/2025 6:11:32 AM | | Dylan Welburn |

# Workflow Interaction

## Grievance

| Created | Issue ID | Resident | Current Status | |
|---|---|---|---|---|
| **Prompt** | | | | |
| **Action** | | **Comment** | | **Updated By** |
| 3/21/2025 | | this agency refuse to acknowledge my faith as a muslim from morris signs temple of america ,aswell as part of the fresh start program stationed here within columbia boone county of radical raciest klux klex klans members whos violating the civil rights of living breathing womens and mens of color lthis agency uses this plantation as a modern day slave ship;trading african mens and womens over to become bound by chains over to the department of doc"1983 civil suit forms are being denied at requirements'kidnappng mental spritual abuse is being evolked upOn federal funded offenders whos constitutional amendment rights are being stagnant by this radical racist hangin courts system,federal suit is properly being prepare. hard drive of all datas from cooper county filing for housing for boone county respectfully submitted mr clyde johnson bey | | CLYDE JOHNSON |
| 3/21/2025 | | Assigned to Grievance - 1st Appeal by CLYDE JOHNSON on 3/21/2025 2:18:19 PM | | CLYDE JOHNSON |
| 3/23/2025 | | Appeal Accepted by Sgt. Nathan Anderson on 3/23/2025 1:23:36 AM | | Sgt. Nathan Anderson |
| 3/23/2025 | | The department is not refusing to acknowledge your faith as a Muslim. As explained in the other grievance you had submitted we had looked for a Koran and could not locate any. The local religious group bring in different religious books and has not provided us with any of the Korans. You may reach out to family/friends or a religious group and have them send one in for you. As far as the 1983 form, you may get ahold of your attorney to provide you with this form. There is no kidnapping going on at this department as we house in other counties due to the amount of people we have in our custody. We aren't trading anyone or having any sort or modern day slavery. | | Sgt. Nathan Anderson |
| 3/23/2025 | | Assigned to Inmate by Sgt. Nathan Anderson on 3/23/2025 1:23:36 AM | | Sgt. Nathan Anderson |
| 3/23/2025 | | Closed by CLYDE JOHNSON on 3/23/2025 4:49:26 PM | | CLYDE JOHNSON |

# Workflow Interaction

## Grievance

| Created | Issue ID | Resident | Current Status |
|---|---|---|---|
| Prompt | | | |
| Action | | Comment | Updated By |

| 3/22/2025 | 37574737 | **CLYDE JOHNSON** | **Closed** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3/22/2025 | | Submitted by CLYDE JOHNSON on 3/22/2025 11:15:58 AM | CLYDE JOHNSON |
| 3/22/2025 | | 6 complained noted,this privatly owned slave trading plantation brother hood klansmen has once again violated the civil and constitutional american citizens federal rights astronomy astablished by the united states of america's state of missouri law system of equality \inncent until proven the burdon of guilty facts not with the burden of opions of presumion or personal belief. this private owned klansmen agency filed for an indictment without allowing the plaintiff.in a 1983 suit properly being adjusted with a motion of notice of hearing attached. plaintiff was denied of due process to gain council at a preliminary hearing. there are no 911 calls/body cam videos /medical technique for pendind charges. mr johnson bey | CLYDE JOHNSON |
| 3/22/2025 | | Assigned to Grievance by CLYDE JOHNSON on 3/22/2025 11:15:58 AM | CLYDE JOHNSON |
| 3/22/2025 | | Rejected by Joshua Downs on 3/22/2025 11:19:05 AM | Joshua Downs |
| 3/22/2025 | | Invalid grievance | Joshua Downs |
| 3/22/2025 | | Assigned to Inmate by Joshua Downs on 3/22/2025 11:19:05 AM | Joshua Downs |
| 3/22/2025 | | Closed by Joshua Downs on 3/22/2025 11:19:07 AM | Joshua Downs |

| 3/22/2025 | 37574780 | **CLYDE JOHNSON** | **Closed** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3/22/2025 | | Assigned to Grievance by CLYDE JOHNSON on 3/22/2025 11:20:56 AM | CLYDE JOHNSON |
| 3/22/2025 | | plaintiff has been treated poorly harshly after filing grieavance towards agency then indictment suface;;. hard drive | CLYDE JOHNSON |
| 3/22/2025 | | Submitted by CLYDE JOHNSON on 3/22/2025 11:20:56 AM | CLYDE JOHNSON |

# Workflow Interaction

## Grievance

| Created Prompt Action | Issue ID | Resident Comment | Current Status Updated By |
|---|---|---|---|
| 3/22/2025 | | Assigned to Inmate by Joshua Downs on 3/22/2025 11:22:39 AM | Joshua Downs |
| 3/22/2025 | | Rejected by Joshua Downs on 3/22/2025 11:22:39 AM | Joshua Downs |
| 3/22/2025 | | Closed by Joshua Downs on 3/22/2025 11:22:41 AM | Joshua Downs |
| **3/22/2025** | **37576411** | **CLYDE JOHNSON** | **Closed** |
| 3/22/2025 | | Submitted by CLYDE JOHNSON on 3/22/2025 2:43:15 PM | CLYDE JOHNSON |
| 3/22/2025 | | just to make this private agency \\astablishment aware of dates times and requested forms are docketed on the hardvdrive /for my 1983 legal form denied aswell as holy quran denied. let it be noted that tampering with mail is a federal offense. all out going mail to the united states civil courts in kanis city circut clerks courts are documented on hard drive aswell as denied legal foms for council and muslim religious practive. because of the growing growth of brotherhood klansmens stationed here at 2121 county road boone county private owned slave trading formation. respectively submitted mr. clyde johnson BEY MUSLIM WITH THE Morris Signs Temple OF America Temple 14"NAACP BLACKLIVES MATTER Association HAS BEEN ContactED AND MADE AWARE OF TOXIC HAZARDS Situations AT HAND. ISLAM | CLYDE JOHNSON |
| 3/22/2025 | | Assigned to Grievance by CLYDE JOHNSON on 3/22/2025 2:43:15 PM | CLYDE JOHNSON |
| 3/22/2025 | | Rejected by Emma Thomas on 3/22/2025 8:11:47 PM | Emma Thomas |

# Workflow Interaction

## Grievance

| Created | Issue ID | Resident | Current Status |
|---|---|---|---|
| Prompt | | | |
| Action | | Comment | Updated By |

| Created | Action/Comment | Updated By |
|---|---|---|
| 3/22/2025 | Nothing was denied. Yesterday I informed you we do not have a 1983 form however I informed you that you are able to obtained one from your attorney, the form was never denied. Your Quran was also never denied. I informed you yesterday that if we had one it will be provided to you however we do not have one readily available so you may have a family member or friend send one to you from a reputable source or reach out to a church and request they send you one. Again nothing was denied. If you choose not to do these actions then that is your choice, but alas to obtain these items it is on you to contact the appropriate people I have listed today and yesterday. | Emma Thomas |
| 3/22/2025 | Assigned to Inmate by Emma Thomas on 3/22/2025 8:11:47 PM | Emma Thomas |
| 3/22/2025 | Closed by Emma Thomas on 3/22/2025 8:11:50 PM | Emma Thomas |

| 3/23/2025 | 37584964 | CLYDE JOHNSON | Closed |
|---|---|---|---|

| Created | Action/Comment | Updated By |
|---|---|---|
| 3/23/2025 | Submitted by CLYDE JOHNSON on 3/23/2025 8:53:33 PM | CLYDE JOHNSON |
| 3/23/2025 | this facilities are creating false statements for not having said forms of legal claims doing doc stay here at boone county facility . because defendant required a 1983 civil suit action claim on booking date and received said claim by and through officer sworned here at bc pd | CLYDE JOHNSON |
| 3/23/2025 | Assigned to Grievance by CLYDE JOHNSON on 3/23/2025 8:53:33 PM | CLYDE JOHNSON |
| 3/24/2025 | Rejected by Sgt. Nathan Anderson on 3/24/2025 12:25:57 AM | Sgt. Nathan Anderson |
| 3/24/2025 | There has been no false statements provided as they were explained to you how you can retrieve said forms. | Sgt. Nathan Anderson |
| 3/24/2025 | Assigned to Inmate by Sgt. Nathan Anderson on 3/24/2025 12:25:57 AM | Sgt. Nathan Anderson |
| 3/24/2025 | Closed by Sgt. Nathan Anderson on 3/24/2025 12:25:59 AM | Sgt. Nathan Anderson |

# Workflow Interaction

## Grievance

| Created Prompt Action | Issue ID | Resident Comment | Current Status Updated By |
|---|---|---|---|
| **3/25/2025** | **37603961** | **CLYDE JOHNSON** | **Closed** |
| 3/25/2025 | | Assigned to Grievance by CLYDE JOHNSON on 3/25/2025 8:54:37 PM | CLYDE JOHNSON |
| 3/25/2025 | | need forms of medicald dates and times since booking date here under cause number 25ba.'cr00869 | CLYDE JOHNSON |
| 3/25/2025 | | Submitted by CLYDE JOHNSON on 3/25/2025 8:54:37 PM | CLYDE JOHNSON |
| 3/25/2025 | | Assigned to Inmate by Melissa Castaldi on 3/25/2025 9:09:06 PM | Melissa Castaldi |
| 3/25/2025 | | This appears to be an inquiry, not a grievance  If you are asking for dates and times you saw medical, you would need to submit a medical and/or records request. | Melissa Castaldi |
| 3/25/2025 | | Rejected by Melissa Castaldi on 3/25/2025 9:09:06 PM | Melissa Castaldi |
| 3/25/2025 | | Closed by Melissa Castaldi on 3/25/2025 9:09:08 PM | Melissa Castaldi |
| **4/5/2025** | **37695753** | **CLYDE JOHNSON** | **Closed** |
| 4/5/2025 | | Submitted by CLYDE JOHNSON on 4/5/2025 1:57:26 PM | CLYDE JOHNSON |
| 4/5/2025 | | this agency refused to give me my medicine  for my high bloodpressure  and diabetic  health situation. iv been told ill see a doctor two weekend ago. im spitting  up blood blood constantly running  from my nose,chest pain. i fainted two days ago and swollen the side of my face and right hand no xrays taken just tylenol. then charged 45$  this racist agency is purposely allowing said muslim to fall death ill because of civil suits being filed. i receive no mail or copies of legal outgoing to state or civil courts wich sends copies. civil suit claim 6. mr c johnson Bey | CLYDE JOHNSON |
| 4/5/2025 | | Assigned to Grievance by CLYDE JOHNSON on 4/5/2025 1:57:26 PM | CLYDE JOHNSON |
| 4/5/2025 | | Rejected by Michael Hagen on 4/5/2025 2:33:22 PM | Michael Hagen |

# Workflow Interaction

## Grievance

| Created Prompt Action | Issue ID | Resident Comment | Current Status Updated By |
|---|---|---|---|
| 4/5/2025 | | This issue has been handled. He is currently being seen by medical. | Michael Hagen |
| 4/5/2025 | | Assigned to Inmate by Michael Hagen on 4/5/2025 2:33:22 PM | Michael Hagen |
| 4/5/2025 | | Closed by Michael Hagen on 4/5/2025 2:33:25 PM | Michael Hagen |
| **4/6/2025** | **37699840** | **CLYDE JOHNSON** **Closed** | |
| 4/6/2025 | | Submitted by CLYDE JOHNSON on 4/6/2025 8:56:17 AM | CLYDE JOHNSON |
| 4/6/2025 | | this agency refused to comply to requests for obtaining importance information for properly preparing legal status in state and civil courts by not revealing outgoing and incoming mail for cause 83617 clyde johnson. tampering with postage is a federal conviction and fine. . this agency is only proven its burden of guilty slavery by columbia racist radical brotherhood klansmen. all will be spoken in court appearance for courts transcrips and then hard drive summons of all said complaints. thanks again for helping me soon free hopeless helpless mens bound by crucial punishment. . c johnson Bey Islam | CLYDE JOHNSON |
| 4/6/2025 | | Assigned to Grievance by CLYDE JOHNSON on 4/6/2025 8:56:17 AM | CLYDE JOHNSON |
| 4/6/2025 | | Rejected by Matthew Long on 4/6/2025 10:19:48 AM | Matthew Long |
| 4/6/2025 | | It appears you have new, unanswered records requests about this. The records department does not work on weekends. They will answer your requests when they are available. | Matthew Long |
| 4/6/2025 | | Assigned to Inmate by Matthew Long on 4/6/2025 10:19:48 AM | Matthew Long |
| 4/6/2025 | | Closed by Matthew Long on 4/6/2025 10:19:50 AM | Matthew Long |
| **4/7/2025** | **37705995** | **CLYDE JOHNSON** **Closed** | |
| 4/7/2025 | | Assigned to Grievance by CLYDE JOHNSON on 4/7/2025 7:43:14 AM | CLYDE JOHNSON |

# Workflow Interaction

## Grievance

| Created Prompt Action | Issue ID | Resident Comment | Current Status Updated By |
|---|---|---|---|
| 4/7/2025 | | this medical agency here at 2121 county road has purposely allowed prosey c johnson bey to fall ill allowing my blood pressure to reach stroke level. pro sey is passing out throwing up blood and female nurse states shes put pro sey in for doctor wich has been over a month ago and stating doct took me off diabeit meds and refuse to give me meds. this is causing my heart to strain over work possible heartattack kidney failure blood clots because pro sey is filng civil suit against agency/atempt murder civil action attached. medical records will reveal dates and blood pressure and sugar taken. lied about contacting other agency for meds. cooper county stated they made them aware of medical history. | CLYDE JOHNSON |
| 4/7/2025 | | Submitted by CLYDE JOHNSON on 4/7/2025 7:43:14 AM | CLYDE JOHNSON |
| 4/7/2025 | | Assigned to Inmate by Virginia Clark on 4/7/2025 9:03:27 AM | Virginia Clark |
| 4/7/2025 | | This is not a valid general grievance. This needs to be placed under medical so they can take action of the supposed circumstance. | Virginia Clark |
| 4/7/2025 | | Rejected by Virginia Clark on 4/7/2025 9:03:27 AM | Virginia Clark |
| 4/7/2025 | | Closed by Virginia Clark on 4/7/2025 9:03:29 AM | Virginia Clark |

Total Number Of Issues for Workflow :            9

# Workflow Interaction

Between 3/11/2025 and 4/28/2025 for Boone County Sheriff's Department, MO

Resident: CLYDE JOHNSON
Current Location: C
Resident ID: 83617
Group: Grievance

## Grievance

| Created Prompt Action | Issue ID | Resident Comment | Current Status | Updated By |
|---|---|---|---|---|
| **3/20/2025** | **37561321** | **CLYDE JOHNSON** | **Closed** | |
| 3/20/2025 | | Submitted by CLYDE JOHNSON on 3/20/2025 5:28:04 PM | | CLYDE JOHNSON |
| 3/20/2025 | | this racial radicalvagency has housed living breathing man kidnapped  hostage under  cruel and unusual punishment | | CLYDE JOHNSON |
| 3/20/2025 | | Assigned to Grievance by CLYDE JOHNSON on 3/20/2025 5:28:04 PM | | CLYDE JOHNSON |
| 3/21/2025 | | Rejected by Gavin Foster on 3/21/2025 2:00:26 AM | | Gavin Foster |
| 3/21/2025 | | What is your grievance? | | Gavin Foster |
| 3/21/2025 | | Assigned to Inmate by Gavin Foster on 3/21/2025 2:00:26 AM | | Gavin Foster |
| 3/21/2025 | | Appealed by CLYDE JOHNSON on 3/21/2025 2:18:19 PM | | CLYDE JOHNSON |

# Workflow Interaction

Between 3/11/2025 and 4/28/2025 for Boone County Sheriff's Department, MO

Resident: CLYDE JOHNSON
Current Location: C
Resident ID: 83617
Group: Grievance

## Grievance

| Created | Issue ID | Resident | Current Status | |
|---------|----------|----------|----------------|---|
| Prompt | | | | |
| Action | | Comment | | Updated By |

| **3/20/2025** | **37561321** | **CLYDE JOHNSON** | **Closed** | |
|---------|----------|----------|----------------|---|
| | 3/20/2025 | Submitted by CLYDE JOHNSON on 3/20/2025 5:28:04 PM | | CLYDE JOHNSON |
| | 3/20/2025 | this racial radicalvagency has housed living breathing man kidnapped hostage under cruel and unusual punishment | | CLYDE JOHNSON |
| | 3/20/2025 | Assigned to Grievance by CLYDE JOHNSON on 3/20/2025 5:28:04 PM | | CLYDE JOHNSON |
| | 3/21/2025 | Rejected by Gavin Foster on 3/21/2025 2:00:26 AM | | Gavin Foster |
| | 3/21/2025 | What is your grievance? | | Gavin Foster |
| | 3/21/2025 | Assigned to Inmate by Gavin Foster on 3/21/2025 2:00:26 AM | | Gavin Foster |
| | 3/21/2025 | Appealed by CLYDE JOHNSON on 3/21/2025 2:18:19 PM | | CLYDE JOHNSON |

IN THE UNITED STATES OF
AMERICA
STATE OF MISSOURI
County of Boone/Columbia

Clyde Johnson BEY )
Plantiff )
) Cause #OCNRI004496
Boone County ) PA File No. 019393442
13 Boone County Mo. )
Defendant )

MOTION OF
NOTICE OF HEARING
FOR Racist Radical
CRUEl @ Unusual Mental Spirutal
TORTURE BY Courts/DOC
Confinement Here AT 2121
County Road Columbia Boone
County 65202 Of Minor Federal
Funded offenders victems of Color
and modern DAY Slave Trading.

Come's Now PRO-Sey (Clyde James Johnson BEY)
With the moorish signs Temple of America
TEMPLE 14, PRAYS That the honorable civil
Courts accept This Motion/Notice of hearing
By and through Legal Counsel, To Investagate
Said parties of Law abiding enforcements that
Sworn by an Oath To Serve and PROtect Human
Life thru Constitutional Throughout the

# Notice of Hearing

United States, State of Missouri that govnor citizens born on the soil of the united states Landscaping, under the Amendments Rights Aswell as the constitutional Rights, To Protect the equality evolvements with person of color. These ~~violations~~ has constant been evolked upon by The Light Skinn agency who uses This Skillful Slave Trading as A Brother hood For the underground RailRoad Slave Trading. Jim Crow/willie lynch Treatments and Laws are being astablished and unlawfully placed with every pending cause That Said younger youth Are facing" kidnapping without A Reasonable bonding status, unjustiable causes of charges being Attached After the facts. This lynching sister and Brotherhood has Long enough astablished this contaminated virus Throughout The veins of missouri, This agency has No farth astablishments for spirutal growth, It holds No programs To Reastablish a postive mental growth For the younger generation of columbia. This astablishment is only preparing The younger youth For extinching" or Become an unstable youth trapped Within a future development without the Rules" of Laws Rehabilitation of Self Learned moduvational Revolving. This ~~astablishment is~~ violating The Human Rights "Codes" For Health Food consumtion ETC

The Blood of AFRican American
falling Slaves, becoming Lost
Souls Seeking Justice.

Respectfully Submitted

MR. Cleyel Johnson (BEY)

$\underline{\text{D4}}$ $\underline{\text{25}}$ $\underline{\text{25}}$
DAY  Month  YeaR

# Notice of Hearing

⊙The courts Dockets will Reveal ⊙The most punishable "kidnapping" cruel punishments are evolked and astablishee upon Mens' and womens of color. Forms of Federal AdJustments As well as sivil courts 1983 civil Suits are being astablished. Hard Drive of All Complaints ARE avaible through Cooper County facility, for being housee for the over flowing bodies on Top of bodies Here at Booncounty DOC. ⊙The News aswell As Black Lives Matter "NAACP And other agencies are being Notified ⊙Through Legal Claims" Phone calls OR, personl Relationships with the Society thats unconscious of the cruelty being evolkee by minor Offenses thats being Jackee ⊙To MAJor offenses by States Attorneys Honorable Judges Which is in violation foR Not seeking the ⊙TRuth in many Causes that has crossee their approval oR denial ⊙To Justify ⊙The confinement of an Indivual Standing before Justice "The Detectives Statements within many of the PRoper Causes forms" Are State officals and officers with a First Statement" Presumption ⊙Time and Date, but is able ⊙To Justify it ⊙Through A Brother hood klansmen Statee of underneath the Surface astablishments Gouner county Boone county Police/Sheriff/courts devisi

# Notice Of Hearing

Presum A Charging Docket for Kidnapping Defendands for a some term ᵒThen evoke burdens upon their Louzones ᵒTo Place funds upon their books for purchasing Food Items ᵒTo stay healthy alive and Stable. No undergarments are giving ᵒTo said offenders once Booked into the Cave of Lost Wondering Souls„Who's mentally„emotionally Falling Apart, Nude bodies forced ᵒTo come into contact With unclean Matts thats baring Blue and Black mold„health hazard ᵒTrays under 2800 Calories„Cold Air ᵒTurned on doing Day ᵒTime ᵒTo control movement of offenders, At night Air turned off„sweat box it becomes, cruel and unusual punishment most offenders are diabetic,High bloodpressure„ Hip C. Aids and other dangerous grave Ill Virus that lingering with fluids upon Matts with mens and Womens having open Soares with No undergarments ᵒTo protect them from dangerouse IV users Leaking Fluids throughout facildty.

# NOTICE of Hearing

①This Notice of Hearing Can And will save the Lives of future Innocent Youths aswell As Preserve Life, When Investagated By All parties who's Receiving Said Claims of Radical Racist Klansmen brotherHead Here and Astablished By the Boone county 13 Jusdical Court System. So Said All STAtements are true and facts With my Best of Knowledge.

# NOTICE of Hearing

For Racist Radical Cruel
②unuseual Mental, spirutal
Torture By Courts/Doc
Confindment Here at 2121
County Road ColumbiA Mo.
Boone County 65202 of Minor
Federal Funded offenders victems
of Color and modern DAy Slave TRading.

# Notice of Hearing

6-1

Mr. Clyde Johnson (Bey)
PRO-SEY Signature

Mr. Clyde Johnson Bey
Pro-Sey Sign

I Swear on an oath that all
Statements is True and honest To
The best of my aKknowledgement, I understand
that false Statement can cause confindment, OR fined.

NOTARY

Complaints.
Wrongful Inprisonment
excessive Kidnapping (No Bond)
Illegal(Inhancement Changes
Cruel Punishment while housed At 2121
County Road Columbia MO. 65202

DAY    Month    25 Year

Attachment for notice of Hearings.

Violation of Constitutional Rights Thats Beening Vidate By Acting Law Sworn govermental agency who sworn under oath By the constitutional Amendments To protech the equality Rights of All United States citizens Born with the DNA Social xxx 78 xxxx Astablished through the Treasury Department bura Gounor By federal astablishment" unless Pro-sey seek Relief under Soy citizen Because pro-sey is A moors sign temple of America Muslim with Temple 14 Shek James Cushon (Bey) Missouri Gou. Cushon Bey Bar code 01258

This Notice of Hearing Should be Looked upon as A gasphing for Air for Life Resurting about drowning Stage

Johnson Bey          5, 8, 14, 12 Amendments violation
Johnson Bey          Equality, Health code, Human Rights.

# After "The Facts!!!
## Notice of Hearing

⊙This Facility 2121 "IS A PRIVATELY owned agency "wich has vidlated All civil "Amendments Code's and Rights under the Color Of Law. This agency is funded To house minor and MAJOR felons of the State of Missouri, Crimes of Rsmo vs State of missouri, Case net.com $146.00 dollars a day for each causes confined ⊙To Said Doc 2121 County Road Columbia Missouri, 65202. The over population of Kidnapped slaves or storaged and housed within other principalities such as Cooper county Howard county ETC "wich house Defendants for sum of $46 "To $86 dollars while the county of Boone Columbia Pocket Remotly Millions after the facts of each Case Ran throughout the destributers for auction within the court of NO Mercy and unJustice findings. ⊙This Notice of Hearing Shell Reveal All datas, Records of Courts "Transcrips ⊙To Reveal All unJustfied actions of

# Notice of Hearing

Said facility housing Male and
Female offenders funded by the
Federal establishment for the state
of missouri that govorered ~~voters~~ Living
breathing citizens Bares and govNored
under the constitutional Amendments
In the court of Law where
Innocent until Proven Guilty of
A Byrdon Placed upon the Act of
Another Has Proven Guilty of
Said court of Justice Docket
Where Bonding Status is At
Risk of Defendant Being flight
Risk "Through Proper cause facts"
of DNA "911 calls, Medical tech,
Body Cam Wich is Summoned by
Courts Justice System After
Relentless killings of "Mike Brown
Emmit tell" George floyd, ETC.
This agency Shows and constanly
Reveals A Brother hood of Klansmen
With Lynching The young colored
youth of Columbia, Histor of Said
Soil is and has been stained with